IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONNA WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:21-cv-00630 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| ADVANCED CALL CENTER ) | MAGISTRATE JUDGE HOLMES |
| TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to Plaintiff's Stipulation of Dismissal with Prejudice (Doc. No. 11), this case is hereby **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A).

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE